UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

CHAMBERS OF                                                                                                            101 WEST LOMBARD STREET
SUSAN K. GAUVEY                                                                                                        BALTIMORE, MARYLAND 21201
U.S. MAGISTRATE JUDGE                                                                                                  MDD_skgchambers@mdd.uscourts.gov

January 29, 2025

TO: ALL COUNSEL OF RECORD:

   Re: U.S. Equal Employment Opportunity Commission v. Smiths Detection Inc., Civil Case No. ABA-24-2510

Dear Counsel:

   Thank you for your hard work yesterday in attempting a resolution of this case.

   The supplemental settlement conference in the above referenced case is scheduled for **Tuesday, June 24, 2025,** at **10:00 a.m.,** to be held viz Zoom.

   Counsel shall provide updated ex parte settlement letters by **June 17, 2025.** On **June 17, 2025,** the EEOC shall make its current demand, and by **June 19, 2025,** the defendant shall respond with its current offer, with copies to the Court.

   Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

                                                Sincerely yours,


                                                /s/

                                                Susan K. Gauvey
                                                United States Magistrate Judge