IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| **U.S. Equal Employment Opportunity Commission,** | ) ) ) ) ) | **Civil No. 24-2510-ABA** |
| **Plaintiff,** | ) ) ) | |
| **v.** | ) ) | |
| **Smiths Detection, Inc.** | ) ) ) ) | |
| **Defendant.** | ) ) | |

## <u>UNOPPOSED MOTION FOR<br>MODIFICATION OF THE SCHEDULING ORDER AND FOR ADDITIONAL<br>DEPOSITION HOURS</u>

Plaintiff the Equal Employment Opportunity Commission ("Plaintiff") moves this Court to modify the scheduling order. Defendant does not oppose the motion. EEOC needs additional time to conduct depositions and follow-up written discovery because three witnesses employed by Defendant are on medical leave and unable to be deposed. It is believed that they will be able to be deposed by the end of October. For this reason, Plaintiff requests the following modification to the schedule:

| | |
|---|---|
| October 31, 2025 | Discovery deadline; submission of status report (from July 25, 2025) |
| October 31, 2025 | Deadline for Requests for Admissions (not previously set) |

| | |
|---|---|
| December 17, 2025 | Dispositive pretrial motions deadline (from September 5, 2025) |
| January 30, 2026 | Deadline for Responses to Dispositive motions (not previously set |
| February 13, 2026 | Deadline for Dispositive Motion Reply Briefs |

Plaintiff further requests that the number of deposition hours permitted be expanded from 20 to 30. Seven depositions are planned at this time and Plaintiff anticipates that the total time may exceed 20 hours.

Respectfully submitted,

/S/ Eric S. Thompson

_____

Eric S. Thompson
U.S. EEOC
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD  21201
(410) 801-6696
Eric.Thompson@eeoc.gov