IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| **U.S. Equal Employment Opportunity Commission,** | ) | **Civil No. 24-2510-ABA** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Smiths Detection, Inc.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

For good cause shown and for the reasons set forth in Plaintiff's Unopposed Motion for Modification of the Scheduling Order and For Additional Deposition Hours (ECF No. 26) the Motion is **GRANTED**. The schedule is modified as follows:

| | |
|---|---|
| October 31, 2025 | Discovery deadline; submission of status report |
| October 31, 2025 | Deadline for Requests for Admissions |
| December 17, 2025 | Dispositive pretrial motions deadline |
| January 30, 2026 | Deadline for Responses to Dispositive motions |
| February 13, 2026 | Deadline for Dispositive Motion Reply Briefs |

The Court further ORDERS that each party has up to 30 hours of deposition time per side for fact witnesses including parties.

.

IT IS SO ORDERED.

_____
Adam B. Abelson
United States District Judge