IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| U.S. Equal Employment Opportunity Commission, | ) ) ) | Civil No. 24-2510-ABA |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| Smiths Detection, Inc. | ) ) ) | |
| Defendant. | ) ) ) | |

## <u>JOINT MOTION FOR</u>
## <u>MODIFICATION OF THE SCHEDULING ORDER</u>

Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff") and Defendant Smiths Detection, Inc. ("Defendant") jointly move this Court to modify the current scheduling order in the above-captioned matter. Although the parties have been diligently pursuing discovery, including extensive exchanges of written discovery requests, responses, and document productions as well as in-person and remote depositions, additional time is needed to complete discovery in this matter due to counsel and witness availability issues in October 2025 that will make completing discovery by the current October 31, 2025 discovery deadline impracticable and burdensome. For this reason, the parties are requesting the below modification to the discovery and dispositive motion briefing schedule, moving back each deadline by approximately 45 days. The parties anticipate at this time that this will be the last request to modify the schedule.

Wherefore, for good cause shown, Plaintiff and Defendant respectfully request that the Court modify the schedule in this matter as set forth below.

| | |
|---|---|
| December 19, 2025 | Discovery deadline; submission of status report (from October 31, 2025) |
| December 19, 2025 | Deadline for Requests for Admissions (from October 31, 2025) |
| January 30, 2026 | Dispositive pretrial motions deadline (from December 17, 2025) |
| March 6, 2026 | Deadline for Responses to dispositive motions (from January 30, 2026) |
| March 20, 2026 | Deadline for Dispositive Motion Reply Briefs (from February 13, 2026) |

DATED:        September 25, 2025

*/s/ Eric S. Thompson (w/permission)*_____

Eric S. Thompson
U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD  21201
(410) 801-6696
Eric.Thompson@eeoc.gov
*Attorney for Plaintiff*

*/s/ Daniel B. Pasternak*_____

Daniel B. Pasternak (admitted *pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
2325 East Camelback Road, Suite 700
Phoenix, AZ 85016
Tel: +1 602 528 4000
Fax: +1 602 253 8129
Email: daniel.pasternak@squirepb.com

Amy Brown Doolittle (15455)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Tel: +1 202 457 6000
Fax: +1 202 457 6315
Email: amy.doolittle@squirepb.com

*Attorneys for Defendant*

3