**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MARYLAND**

_____

U.S. Equal Employment Opportunity Commission, :          Civ. No. 1:24-cv-02510-ABA

       Plaintiff,    :

     v.        :

Smiths Detection, Inc.,      :

       Defendant.  :

_____

### <u>NOTICE OF SETTLEMENT</u>

Plaintiff U.S. Equal Employment Opportunity Commission and Defendant Smiths Detection, Inc. (collectively, the "Parties") provide notice to the Court that the Parties have reached a settlement of the above-captioned matter. All EEOC settlements are in the form of a Consent Decree. The Parties anticipate completing settlement documents and filing a motion for approval of the Consent Decree with the Court within the next thirty (30) days. The Parties request that the Court hold all pending deadlines set in this matter in abeyance and that the Court retain jurisdiction over this matter during this period.


DATED: March 24, 2026     _/s/ Eric S. Thompson (with permission)_
             Eric S. Thompson
             U.S. EQUAL EMPLOYMENT OPPORTUNITY
             COMMISSION
             George H. Fallon Federal Building
             31 Hopkins Plaza, Suite 1432
             Baltimore, MD  21201
             (410) 801-6696
             Eric.Thompson@eeoc.gov
             _Attorney for Plaintiff_

*/s/ Daniel B. Pasternak*

Daniel B. Pasternak (admitted *pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
2325 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel: +1 602 528 4000
Fax: +1 602 253 8129
Email: daniel.pasternak@squirepb.com

Amy Brown Doolittle (15455)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Tel: +1 202 457 6000
Fax: +1 202 457 6315
Email: amy.doolittle@squirepb.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24, 2026, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the ECF registrants for this case.

*/s/ Laura M. Ramirez*
Laura M. Ramirez