IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **U.S. Equal Employment Opportunity Commission,** ) ) ) ) ) | **Civil No. 24-2510-ABA** |
| **Plaintiff,** ) ) | |
| **v.** ) ) | |
| **Smiths Detection, Inc.** ) ) ) ) ) | |
| **Defendant.** ) ) | |

**JOINT MOTION TO APPROVE**
**PROPOSED CONSENT DECREE**

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Smiths Detection Inc. (together, the "Parties") file this Joint Motion to Approve Proposed Consent Decree [ECF No. 41]. In support of this Motion, the Parties state as follows:

1. The Parties have reached an agreement to resolve this matter and wish to resolve this matter without further allocation of resources.

2. As explained in detail in the Memorandum submitted as ECF No. 42, the Consent Decree is fair, adequate, reasonable and in the public's best interest.

3. The Parties therefore respectfully request that the Court approve the Consent Decree submitted as ECF No.42-1.

*Signed with email consent given April 13, 2026

Respectfully submitted,

/S/ Eric S. Thompson

_____
Eric S. Thompson
U.S. EEOC
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD  21201
(410) 801-6696
Eric.Thompson@eeoc.gov

/S/ Daniel B. Pasternak*

_____
Daniel B. Pasternak (admitted pro hac vice)
SQUIRE PATTON BOGGS (US) LLP
2325 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel: +1 602 528 4000
Fax: +1 602 253 8129
Email: daniel.pasternak@squirepb.com

Amy Brown Doolittle (15455)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW Washington, DC 20037
Tel: +1 202 457 6000
Fax: +1 202 457 6315
Email: amy.doolittle@squirepb.com

*Signed with email consent given April 13, 2026